# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: KOZLOWSKI, JASON M.              § Case No. 12-81607
                                         §
                                         §
                                         §
Debtor(s)                                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 24, 2012. The undersigned trustee was appointed on April 25, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          14,500.00

   Funds were disbursed in the following amounts:
   Payments made under an
       interim distribution                                        0.00
   Administrative expenses                                         0.00
   Bank service fees                                               0.00
   Other payments to creditors                                     0.00
   Non-estate funds paid to 3rd Parties                            0.00
   Exemptions paid to the debtor                                   0.00
   Other payments to the debtor                                    0.00

   Leaving a balance on hand of[1]             $          14,500.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing Department claims in this case was 09/14/2012 and the deadline for filing governmental claims was 09/14/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,200.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,200.00, for a total compensation of $2,200.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $293.00, for total expenses of $293.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2014           By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 12-81607 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | KOZLOWSKI, JASON M. | Filed (f) or Converted (c): | 04/24/12 (f) |
| | | §341(a) Meeting Date: | 06/01/12 |
| Period Ending: 08/28/14 | | Claims Bar Date: | 09/14/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 4590 Mackinac St. Lake in<br>Orig. Asset Memo: Orig. Description: Real Estate located at 4590 Mackinac St. Lake in, the Hills, Illinois 60156 (property held in tenancy by, the entirety) (See Footnote) | 238,000.00 | 66,969.00 | | 14,500.00 | FA |
| 2 | Cash on Hand<br>Orig. Asset Memo: Orig. Description: Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Castle Bank<br>Orig. Asset Memo: Orig. Description: Checking Account with Castle Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous Household Goods<br>Orig. Asset Memo: Orig. Description: Miscellaneous Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Clothing<br>Orig. Asset Memo: Orig. Description: Miscellaneous Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Whole Term Life Insurance Policy with Transameri<br>Orig. Asset Memo: Orig. Description: Whole Term Life Insurance Policy with Transamerica | 1,192.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurnace Poliy with Reassurance Ameri<br>Orig. Asset Memo: Orig. Description: Term Life Insurnace Poliy with Reassurance America, no current cash value | Unknown | 0.00 | | 0.00 | FA |
| 8 | Chicago Regional Council of Carpenters Suppl. Re<br>Orig. Asset Memo: Orig. Description: Chicago Regional Council of Carpenters Suppl. Retirement Fund (All are Putnam Funds) | 42,977.00 | 0.00 | | 0.00 | FA |
| 9 | Est. Tax Refund for 2011<br>Orig. Asset Memo: Orig. Description: Est. Tax Refund for 2011 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Ford Windstar (120k miles)<br>Orig. Asset Memo: Orig. Description: 2002 Ford Windstar (120k miles) | 1,421.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Ford Expedition (120 k miles)<br>Orig. Asset Memo: Orig. Description: 2004 Ford | 4,852.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 12-81607 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | KOZLOWSKI, JASON M. | Filed (f) or Converted (c): | 04/24/12 (f) |
| | | §341(a) Meeting Date: | 06/01/12 |
| Period Ending: | 08/28/14 | Claims Bar Date: | 09/14/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | Expedition (120 k miles) | | | | | |
| 12 | Misc (unscheduled) (u)<br>Paririe State Group, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Assets   Totals (Excluding unknown values) | $293,992.00 | $66,969.00 | | $14,500.00 | $0.00 |

RE PROP# 1   Filed objection to 100% Tenancy by Entirety exemption. Objection sustained.

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   July 13, 2013       Current Projected Date Of Final Report (TFR):   August 22, 2014  (Actual)

Printed: 08/28/2014 09:00 AM    V.13.15

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-81607 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | KOZLOWSKI, JASON M. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***4245 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/28/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/14 | {1} | Jason M. Kozlowski | compromise of interest in real estate at 4590 Mackinac St. Lake in the Hills, IL | 1110-000 | 14,500.00 | | 14,500.00 |
| | | | ACCOUNT TOTALS | | 14,500.00 | 0.00 | $14,500.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,500.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2466 | 14,500.00 | 0.00 | 14,500.00 |
| | $14,500.00 | $0.00 | $14,500.00 |

{} Asset reference(s)    Printed: 08/28/2014 09:00 AM    V.13.15

## Exhibit C

### Case:  12-81607   KOZLOWSKI, JASON M.

| Case Balance: | $14,500.00 | Total Proposed Payment: | $14,500.00 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,500.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1,756.34 | 1,756.34 | 0.00 | 1,756.34 | 1,756.34 | 12,743.66 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,100.00 | 3,100.00 | 0.00 | 3,100.00 | 3,100.00 | 9,643.66 |
| | MEGAN G. HEEG <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 | 9,350.66 |
| | MEGAN G. HEEG <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 | 2,200.00 | 7,150.66 |
| 1 | Capital One Bank (USA), N.A. | Unsecured | 2,877.76 | 2,877.76 | 0.00 | 2,877.76 | 250.89 | 6,899.77 |
| 2 | Capital One Bank (USA), N.A. <br> **Claim Memo:**   duplicate | Unsecured | 650.27 | 0.00 | 0.00 | 0.00 | 0.00 | 6,899.77 |
| 2 -2 | Capital One Bank (USA), N.A. | Unsecured | 650.27 | 650.27 | 0.00 | 650.27 | 56.69 | 6,843.08 |
| 3 | FIA CARD SERVICES, N.A. | Unsecured | 8,886.20 | 8,886.20 | 0.00 | 8,886.20 | 774.68 | 6,068.40 |
| 4 | American Express Bank, FSB | Unsecured | 3,917.01 | 3,917.01 | 0.00 | 3,917.01 | 341.48 | 5,726.92 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | Unsecured | 3,367.22 | 3,367.22 | 0.00 | 3,367.22 | 293.55 | 5,433.37 |
| 6 | Old Republic Surety Company | Unsecured | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | 4,358.91 | 1,074.46 |
| 7 | Carpenters Fringe Benefit Funds of Illinois | Unsecured | 12,324.92 | 12,324.92 | 0.00 | 12,324.92 | 1,074.46 | 0.00 |
| NOTFILED | Alliance One | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Allied Interstate | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Caine & Weiner | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cap One | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citibank Sd, Na | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Exhibit C

## Case: 12-81607   KOZLOWSKI, JASON M.

| Case Balance: | $14,500.00 | Total Proposed Payment: | $14,500.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Country Financial Insurance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit Collection Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DebtAlert | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Exxon Mobil Credit Svcs | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harris Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harvard Business Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LTD Financial Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NCO | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nelson Watson & Associates | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | New United, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pitney Bowes Global Financial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Trustees of Chgo Carpenters Pension c/o Daniel McAnally | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Us Bk Rms Cc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total for Case 12-81607 : | | $90,022.99 | $89,372.72 | $0.00 | $89,372.72 | $14,500.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $7,349.34 | $7,349.34 | $0.00 | $7,349.34 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $82,673.65 | $82,023.38 | $0.00 | $7,150.66 | 8.717831% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                          Exhibit D

Case No.: 12-81607
Case Name: KOZLOWSKI, JASON M.
Trustee Name: MEGAN G. HEEG

**Balance on hand:**   $   14,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   14,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,200.00 | 0.00 | 2,200.00 |
| Trustee, Expenses - MEGAN G. HEEG | 293.00 | 0.00 | 293.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,100.00 | 0.00 | 3,100.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,756.34 | 0.00 | 1,756.34 |

Total to be paid for chapter 7 administration expenses:   $   7,349.34
Remaining balance:   $   7,150.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,150.66

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,150.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,023.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 2,877.76 | 0.00 | 250.89 |
| 2 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 2 -2 | Capital One Bank (USA), N.A. | 650.27 | 0.00 | 56.69 |
| 3 | FIA CARD SERVICES, N.A. | 8,886.20 | 0.00 | 774.68 |
| 4 | American Express Bank, FSB | 3,917.01 | 0.00 | 341.48 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | 3,367.22 | 0.00 | 293.55 |
| 6 | Old Republic Surety Company | 50,000.00 | 0.00 | 4,358.91 |
| 7 | Carpenters Fringe Benefit Funds of Illinois | 12,324.92 | 0.00 | 1,074.46 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,150.66 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR (05/1/2011)