UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KOZLOWSKI, JASON M. | § | Case No. 12-81607 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/29/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/28/2014     By: /s/MEGAN G. HEEG
                                         Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: KOZLOWSKI, JASON M. | § Case No. 12-81607 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 14,500.00 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 14,500.00 |
| **Balance on hand:** | $ 14,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,200.00 | 0.00 | 2,200.00 |
| Trustee, Expenses - MEGAN G. HEEG | 293.00 | 0.00 | 293.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,100.00 | 0.00 | 3,100.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,756.34 | 0.00 | 1,756.34 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,349.34 |
| Remaining balance: | $ 7,150.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,150.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,150.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,023.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 2,877.76 | 0.00 | 250.89 |
| 2 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 2 -2 | Capital One Bank (USA), N.A. | 650.27 | 0.00 | 56.69 |
| 3 | FIA CARD SERVICES, N.A. | 8,886.20 | 0.00 | 774.68 |
| 4 | American Express Bank, FSB | 3,917.01 | 0.00 | 341.48 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | 3,367.22 | 0.00 | 293.55 |
| 6 | Old Republic Surety Company | 50,000.00 | 0.00 | 4,358.91 |
| 7 | Carpenters Fringe Benefit Funds of Illinois | 12,324.92 | 0.00 | 1,074.46 |

Total to be paid for timely general unsecured claims: $ 7,150.66
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:   $     0.00

Prepared By:  /s/MEGAN G. HEEG
                                   Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-81607-TML
Jason M. Kozlowski                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2              Date Rcvd: Aug 29, 2014
                              Form ID: pdf006             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2014.
db          +Jason M. Kozlowski,    4590 Mackinac St.,    Lake in the Hills, IL 60156-1088
18820146    +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
18820147    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19145821     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19280308    +Atlas Acquisitions LLC  (MBNA America, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
18820148   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
18820156   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
18820149    +Caine & Weiner,    1100 East Woodfield Rd.,    Schaumburg, IL 60173-5116
18820150    +Cap One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
18820151    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19118734     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18820153    +Carpenters Fringe Benefit Funds IL,    c/o Cecilia Scanlon,    200 W. Adams St., Ste. 2200,
               Chicago, IL 60606-5231
19438020    +Carpenters Fringe Benefit Funds of Illinois,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Cecilia M. Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
18820154    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18820155    +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
18820157    +Country Financial Insurance,    1701 N. Towanda Ave.,    PO Box 2020,    Bloomington, IL 61702-2020
18820159    +DebtAlert,    4836 Brecksville Rd.,    PO Box 539,    Richfield, OH 44286-0539
18820160    +Exxon Mobil Credit Svcs,    PO Box 653023,    Dallas, TX 75265-3023
18820161    +Harris Bank,    111 W. Monroe,    Chicago, IL 60603-4095
18820162    +Harvard Business Services,    16192 Coastal Hwy.,    Lewes, DE 19958-3608
18820163    +Kimberly A Kozlowski,    4590 Mackinac St.,    Lake in the Hills, IL 60156-1088
18820167    +New United, Inc.,    1544 Burgundy Pkwy,    Streamwood, IL 60107-1883
18820168    +Old Republic Surety Co.,    445 S. Moorland Rd., Ste. 200,    Brookfield, WI 53005-4254
19438906    +Old Republic Surety Company,    c/o John M. Brom,    175 West Jackson Boulevard, Ste 1600,
               Chicago, IL 60604-2827
18820169    +Pitney Bowes Global Financial,    PO Box 371887,    Pittsburgh, PA 15250-7887
18820170     Trustees of Chgo Carpenters Pension,    c/o Daniel McAnally,    11 E. Wacker Dr., Ste. 2600,
               Chicago, IL 60601
18820171    +Us Bk Rms Cc,    101 5th St E Ste A,    Saint Paul, MN 55101-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18820145    +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 30 2014 00:24:32      Alliance One,
               4850 Street Rd.,    Ste. 300,    Feasterville Trevose, PA 19053-6643
19267313    +E-mail/Text: bnc@atlasacq.com Aug 30 2014 00:24:40      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18820158    +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 30 2014 00:26:42
               Credit Collection Services,    Two Wells Avenue, Dept. 9134,    Newton Center, MA 02459-3225
18820164    +E-mail/Text: ebn@ltdfin.com Aug 30 2014 00:25:05      LTD Financial Services,
               7322 Southwest Freeway, Ste. 1600,    Houston, TX 77074-2134
18820165    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 30 2014 00:25:45       NCO,    4740 Baxter Rd.,
               Virginia Beach, VA 23462-4484
18820166    +E-mail/Text: info@nelsonwatson.com Aug 30 2014 00:26:11      Nelson Watson & Associates,
               80 Merrimack Street,    Haverhill, MA 01830-5202
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19145071*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
18820152*   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: vgossett          Page 2 of 2           Date Rcvd: Aug 29, 2014
                              Form ID: pdf006         Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2014 at the address(es) listed below:
         Konstantine T. Sparagis    on behalf of Defendant Kimberly  Kozlowski gsparagi@yahoo.com,
          Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
         Konstantine T. Sparagis    on behalf of Debtor Jason M. Kozlowski gsparagi@yahoo.com,
          Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
         Megan G Heeg    on behalf of Plaintiff Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
         Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
         Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                       TOTAL: 6
```