**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: KOZLOWSKI, JASON M.                    § Case No. 12-81607
                                              §
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,992.00  *(without deducting any secured claims)* | Assets Exempt: $79,877.00 |
| Total Distribution to Claimants: $7,150.66 | Claims Discharged Without Payment: $516,679.72 |
| Total Expenses of Administration: $7,349.34 | |

    3) Total gross receipts of $ 14,500.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,500.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $153,031.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,349.34 | 7,349.34 | 7,349.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 510,896.00 | 82,673.65 | 82,023.38 | 7,150.66 |
| **TOTAL DISBURSEMENTS** | $663,927.00 | $90,022.99 | $89,372.72 | $14,500.00 |

    4) This case was originally filed under Chapter 7 on April 24, 2012. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2014    By: /s/MEGAN G. HEEG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate located at 4590 Mackinac St. Lake in | 1110-000 | 14,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 153,031.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$153,031.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 293.00 | 293.00 | 293.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,100.00 | 3,100.00 | 3,100.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 1,756.34 | 1,756.34 | 1,756.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,349.34** | **$7,349.34** | **$7,349.34** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 2,522.00 | 2,877.76 | 2,877.76 | 250.89 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 650.00 | 650.27 | 0.00 | 0.00 |
| 2 -2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 650.27 | 650.27 | 56.69 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 8,886.20 | 8,886.20 | 774.68 |
| 4 | American Express Bank, FSB | 7100-000 | 3,917.00 | 3,917.01 | 3,917.01 | 341.48 |
| 5 | Atlas Acquisitions LLC (MBNA America, N.A.) | 7100-000 | N/A | 3,367.22 | 3,367.22 | 293.55 |
| 6 | Old Republic Surety Company | 7100-000 | 50,000.00 | 50,000.00 | 50,000.00 | 4,358.91 |
| 7 | Carpenters Fringe Benefit Funds of Illinois | 7100-000 | 12,000.00 | 12,324.92 | 12,324.92 | 1,074.46 |
| NOTFILED | LTD Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 183,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Business Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Credit Svcs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Global Financial | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | Trustees of Chgo Carpenters Pension c/o Daniel McAnally | 7100-000 | 185,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bk Rms Cc | 7100-000 | 17,956.00 | N/A | N/A | 0.00 |
| NOTFILED | DebtAlert | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson Watson & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | New United, Inc. | 7100-000 | 2,291.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Financial Insurance | 7100-000 | 6,985.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 19,023.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 9.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 18,231.00 | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 8,886.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $510,896.00 | $82,673.65 | $82,023.38 | $7,150.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-81607  
**Case Name:** KOZLOWSKI, JASON M.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/24/12 (f)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/12/14  
**Claims Bar Date:** 09/14/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Estate located at 4590 Mackinac St. Lake in<br>    Orig. Asset Memo: Orig. Description: Real Estate located at 4590 Mackinac St. Lake in, the Hills, Illinois 60156 (property held in tenancy by, the entirety) (See Footnote) | 238,000.00 | 66,969.00 | | 14,500.00 | FA |
| 2 | Cash on Hand<br>    Orig. Asset Memo: Orig. Description: Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Castle Bank<br>    Orig. Asset Memo: Orig. Description: Checking Account with Castle Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous Household Goods<br>    Orig. Asset Memo: Orig. Description: Miscellaneous Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Clothing<br>    Orig. Asset Memo: Orig. Description: Miscellaneous Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Whole Term Life Insurance Policy with Transameri<br>    Orig. Asset Memo: Orig. Description: Whole Term Life Insurance Policy with Transamerica | 1,192.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life Insurnace Poliy with Reassurance Ameri<br>    Orig. Asset Memo: Orig. Description: Term Life Insurnace Poliy with Reassurance America, no current cash value | Unknown | 0.00 | | 0.00 | FA |
| 8 | Chicago Regional Council of Carpenters Suppl. Re<br>    Orig. Asset Memo: Orig. Description: Chicago Regional Council of Carpenters Suppl. Retirement Fund (All are Putnam Funds) | 42,977.00 | 0.00 | | 0.00 | FA |
| 9 | Est. Tax Refund for 2011<br>    Orig. Asset Memo: Orig. Description: Est. Tax Refund for 2011 | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Ford Windstar (120k miles)<br>    Orig. Asset Memo: Orig. Description: 2002 Ford Windstar (120k miles) | 1,421.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Ford Expedition (120 k miles) | 4,852.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81607  
**Case Name:** KOZLOWSKI, JASON M.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/24/12 (f)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/12/14  
**Claims Bar Date:** 09/14/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: 2004 Ford Expedition (120 k miles) |  |  |  |  |  |
| 12 | Misc (unscheduled) (u)<br>Paririe State Group, Inc. | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$293,992.00** | **$66,969.00** |  | **$14,500.00** | **$0.00** |

RE PROP# 1    Filed objection to 100% Tenancy by Entirety exemption. Objection sustained.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 13, 2013    **Current Projected Date Of Final Report (TFR):**    August 22, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-81607  
**Case Name:** KOZLOWSKI, JASON M.  

**Taxpayer ID #:** **-***4245  
**Period Ending:** 11/12/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/14 | {1} | Jason M. Kozlowski | compromise of interest in real estate at 4590 Mackinac St. Lake in the Hills, IL | 1110-000 | 14,500.00 | | 14,500.00 |
| 10/06/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,100.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,100.00 | 11,400.00 |
| 10/06/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,756.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,756.34 | 9,643.66 |
| 10/06/14 | 103 | Capital One Bank (USA), N.A. | Dividend paid 8.71% on $2,877.76; Claim# 1; Filed: $2,877.76; Reference: 8041 | 7100-000 | | 250.89 | 9,392.77 |
| 10/06/14 | 104 | Capital One Bank (USA), N.A. | Dividend paid 8.71% on $650.27; Claim# 2 -2; Filed: $650.27; Reference: | 7100-000 | | 56.69 | 9,336.08 |
| 10/06/14 | 105 | FIA CARD SERVICES, N.A. | Dividend paid 8.71% on $8,886.20; Claim# 3; Filed: $8,886.20; Reference: | 7100-000 | | 774.68 | 8,561.40 |
| 10/06/14 | 106 | American Express Bank, FSB | Dividend paid 8.71% on $3,917.01; Claim# 4; Filed: $3,917.01; Reference: 6183 | 7100-000 | | 341.48 | 8,219.92 |
| 10/06/14 | 107 | Atlas Acquisitions LLC (MBNA America, N.A.) | Dividend paid 8.71% on $3,367.22; Claim# 5; Filed: $3,367.22; Reference: | 7100-000 | | 293.55 | 7,926.37 |
| 10/06/14 | 108 | Old Republic Surety Company | Dividend paid 8.71% on $50,000.00; Claim# 6; Filed: $50,000.00; Reference: X1622 | 7100-000 | | 4,358.91 | 3,567.46 |
| 10/06/14 | 109 | Carpenters Fringe Benefit Funds of Illinois | Dividend paid 8.71% on $12,324.92; Claim# 7; Filed: $12,324.92; Reference: XX C 207 | 7100-000 | | 1,074.46 | 2,493.00 |
| 10/06/14 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,493.00 | 0.00 |
| | | | Dividend paid 100.00% on $2,200.00; Claim# ; Filed: $2,200.00    2,200.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $293.00; Claim# ; Filed: $293.00    293.00 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,500.00 | 14,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,500.00 | 14,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,500.00** | **$14,500.00** | |

{} Asset reference(s)

Printed: 11/12/2014 10:55 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-81607  
**Case Name:** KOZLOWSKI, JASON M.  
**Taxpayer ID #:** **-***4245  
**Period Ending:** 11/12/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | **Checking # ******2466** | **14,500.00** | **14,500.00** | **0.00** |
|  |  | $14,500.00 | $14,500.00 | $0.00 |